**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leonardo MARROQUIN, also known as The Little Horse, Defendant– Appellant.**

No. 06–10671
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 20, 2007.

Rick Calvert, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

James A. Johnston, Law Office of James A. Johnston, Dallas, TX, for Defendant– Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Leonardo Marroquin has

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Marroquin has filed a response. Our independent review of the record, counsel's brief, and Marroquin's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.